OPINION — AG — ** ELECTION — ABSENTEE BALLOTS ** (1) THE LANGUAGE OF 26 O.S. 325 [26-325](A) (APPLICATION OF ABSENTEE BALLOTS TRANSMITTED TO THE COUNTY ELECTION BOARD) APPLIES TO ALL ABSENTEE BALLOTS, TO WIT: ABSENTEE BALLOTS SUCH AS REFERRED TO IN 26 O.S. 325 [26-325] OF SAID TITLE.(2) 26 O.S. 325 [26-325](A), AN APPLICATION FOR AN ABSENTEE BALLOT MUST BE MADE BY THE APPLICANT, ELECTOR, OR BY " HIS OR HER SPOUSE IN THE SAME APPLICATION IN WHICH HE OR SHE MAKES REQUEST THEREOF. ". CITE: 26 O.S. 345.3 [26-345.3], 26 O.S. 345.1 [26-345.1] (FRED HANSEN)